**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DAVID KENTNER, SUSAN A. KENTNER,
RICHARD W. BROWN, PATRICIA S.
BROWN, ROBERT H. WILLIAMS, DIANE R.
WILLIAMS, SHIRLEY A. PAULSEN
FLORIDA QUALIFIED PERSONAL
RESIDENCE TRUST, JERRY'S
ENTERPRISES, INC., doing business as
JERRY'S FOODA, INC., LOWELL T.
SPILLANE,

                    Plaintiffs,

-vs-                                            Case No.  2:11-cv-661-FtM-99SPC

CITY OF SANIBEL, a Florida municipality,

                    Defendant.
_____

**ORDER**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #24) filed on March 13, 2012.  Additionally, the Court takes into consideration Defendant's Motion to Dismiss Plaintiffs' Federal Constitutional Claims (Doc. #4) filed on November 22, 2011.

Under Federal Rule of Civil Procedure 15(a), a party may amend the party's pleading as a matter of course within twenty-one (21) days after serving it or, if the pleading is one which a responsive pleading is required, twenty-one (21) days after service of the responsive pleading or twenty-one (21) days after service of a motion under Rule 12(b), (e), or (f) whichever, is earlier.  Fed. R. Civ. P. 15(a)(1).  Otherwise, the Party must seek leave of court or written consent of the adverse party in order to amend the pleading.  Fed. R. Civ. P. 15(a)(2).  "The decision whether to

grant leave to amend a complaint is within the sole discretion of the district court." Laurie v. Alabama Court of Criminal Appeals, 256 F.3d 1266, 1274 (11th Cir. 2001). However, pursuant to Fed. R. Civ. P. 15(a), timely motions for leave to amend are held to a very liberal standard and leave to amend should be freely given when justice so requires. Senger Brothers Nursery, Inc. v. E.I. Dupont De Nemours & Company, 184 F.R.D. 674, 678 (M.D. Fla 1999).

Plaintiffs seek leave to amend the Complaint for the purpose of adding two new parties and their respective properties to the action. They have set forth the proposed Amended Complaint and have conferred with opposing counsel pursuant to Local Rule 3.01(g). Plaintiffs represent that the Defendant does not object to the amending of the Complaint for this purpose. Therefore, the Court finds good cause to grant the Plaintiffs leave to file an Amended Complaint.

Because the Plaintiffs are granted leave to file an Amended Complaint, Defendant's Motion to Dismiss (Doc. #4) is now moot.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #24) is **GRANTED**. Defendant's Motion to Dismiss (Doc. #4) is **DENIED as moot**. The Clerk of Court is directed to file the attached Amended Complaint under separate docket entry in the CM/ECF system.

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of March, 2012.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record