UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID KENTNER, SUSAN A.
KENTNER, RICHARD W. BROWN,
PATRICIA S. BROWN, ROBERT H.
WILLIAMS, DIANE R. WILLIAMS,
SHIRLEY A. PAULSEN FLORIDA
QUALIFIED PERSONAL RESIDENCE
TRUST, JERRYS ENTERPRISES,
INC., LOWELL T. SPILLANE,
LIGHTHOUSE 2011 LLC and CYNTHIA
A. BERMAN,

      Plaintiffs,

v.                        Case No:  2:11-cv-661-Ftm-38UAM

CITY OF SANIBEL,

      Defendant.
_____/

## <u>ORDER</u>

This matter comes before the Court on review of the file.  Plaintiffs have appealed the Court's decision (Doc. #36) to grant in part and deny in part the Motion to Dismiss Plaintiffs' Federal Claims With Prejudice and to Decline Jurisdiction Over Plaintiffs' State Claims by the Defendant City of Sanibel (Doc. #29).  Thus, this matter is due to be stayed pending resolution of Plaintiffs' appeal.

Accordingly, it is now

**ORDERED:**

(1) This case is **STAYED** until resolution of Plaintiffs' pending appeal.

(2) The Clerk is directed to add a stay flag to this case, terminate all pending motions and deadlines, and administratively close the file pending issuance of a mandate from the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th  day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record